**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DEAN L. HESS, | : | NO. 1:25-CV-00559 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | (CAMONI, M.J.) |
| FRANK BISIGNANO, | : | |
| *Commissioner of Social Security,* | : | |
| Defendant. | : | |

## <u>ORDER</u>

In accordance with the accompanying Memorandum Opinion, it is

**ORDERED** that:

(1)    The decision of the Commissioner of Social Security denying the Plaintiff benefits under the Social Security Act is **AFFIRMED**;

(2)    Final judgment will be entered in the Defendant's favor; and

(3)    The Clerk of Court is directed to **CLOSE** this case.

Date: May 27, 2026                           s/*Sean A. Camoni*
                                             Sean A. Camoni
                                             United States Magistrate Judge